**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COMMERCIAL LAW CORPORATION, P.C.,

    Plaintiff,

v.

                                          Case No. 10-13275

                                          HONORABLE DENISE PAGE HOOD

FEDERAL DEPOSIT INSURANCE
CORPORATION, As Receiver for
Home Federal Savings Bank,

    Defendant.
_____/

**ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER**

    This matter is before the Court on Defendant's Motion to Amend the Scheduling Order. Plaintiff did not respond to the motion although Defendant asserts Plaintiff did not agree to the motion. On November 1, 2011, the Court held a status conference on the matter. Accordingly,

    IT IS ORDERED that Defendant's Motion to Amend the Scheduling Order **(Doc. No. 63, filed 10/25/11)** is GRANTED. The following dates govern this matter:

    Discovery must be completed by:                **November 14, 2011**
    (Except for discovery matters currently before the Court;
    Defendant may depose Plaintiff's representative after the discovery motions are resolved)

    Discovery Motion (To be decided without oral argument):
        Defendant may file a Motion to Compel Discovery
        on the forensic examination of computers by:      **November 11, 2011**

    A Status Conference will be held to set remaining dates:  **Dec. 14, 2011 4:00 p.m.**

Dated: November 2, 2011                S/Denise Page Hood
                                        DENISE PAGE HOOD
                                        UNITED STATES DISTRICT JUDGE

10-13275<br>
Order Granting Motion to Amend Scheduling Order

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 2, 2011, by electronic and/or ordinary mail.

 S/Julie Owens
Case Manager, (313) 234-5160